IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRY LOUIS HERCUTT, | : | Case No. 3:13-cv-162 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| JUDGE DENISE L. CROSS, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO *PRO SE* PLAINTIFF UPON
## FILING OF MOTION TO DISMISS

You are hereby notified that the Defendants have filed a motion to dismiss in your case. You should receive a copy of the motion directly from the Defendants.

Your response to this motion must be filed not later than twenty-four (24) days after the motion to dismiss was filed with the Court, *i.e.*, on or before **Monday, June 24, 2013**.   You must include a certificate that you have served your memorandum on all parties in the case.

June 3, 2013

s/ **Michael J. Newman**
United States Magistrate Judge